CAMERON | JONES LLP
Indira J. Cameron-Banks (SBN 248634)
  *indira@cameronjones.law*
Terrence M. Jones (SBN 256603)
  *terrence@cameronjones.law*
407 N. Maple Dr., Grnd. 1
Beverly Hills, California 90210
Tel: 424.757.0585

Attorneys for Defendants
*Clifford Harris* and *Tameka Harris*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JANE DOE, an individual<br><br>          *Plaintiff,*<br><br>     vs.<br><br>CLIFFORD HARRIS, an individual PKA TI, TAMEKA HARRIS, an individual PKA Tiny, ABC Corp. 1-20, 123 Corp, and DOES 1-20 inclusive,<br><br>          *Defendants.* | Case No.: 2:24-cv-02604-SPG-JC<br><br>**NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>CRTM: 5C, First Street Courthouse<br>DATE: October 16, 2024<br>TIME: 1:30 p.m.<br><br>Hon. Sherilyn Peace Garnett |

TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD  --

1. On September 12, 2024, Defendants Clifford Harris ("Mr. Harris") and Tameka Harris ("Mrs. Harris") (collectively "Defendants" or "Harrises") filed a Motion to Dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12 (b)(6) ("Motion") for failure to state a claim upon which any relief can be granted. (Dkt. 38)

2. The hearing date for Defendants' Motion is October 16, 2024.  Accordingly, as set forth in Local Rule 7-9, the deadline for Plaintiff Jane Doe to have opposed the Motion was September 25, 2024.  To date, Plaintiff has not filed any opposition to Defendants' Motion.

3. This is the second time that Plaintiff has not filed any opposition to a motion to dismiss the Complaint pursuant to Rule 12(b)(6). (Dkt. 34)

4. As set forth in Local Rule 7-12, this Court may deem the fact that Plaintiff has not filed any opposition to Defendants Motion as Plaintiff's consent to the Court granting the Motion, which seeks to dismiss the First Amended Complaint, in its entirety, with prejudice.  Accordingly, attached hereto is a Proposed Order dismissing the First Amended Complaint.

Dated:  October 7, 2024

CAMERON | JONES LLP

  /s/ *Indira J. Cameron-Banks*
Indira J. Cameron-Banks
Terrence M. Jones

Attorneys for Defendants
*Clifford Harris and Tameka Harris*